```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
PEDRO M. RAMIREZ GIL et al.,                                   :
                                Plaintiffs,                    :
                                                               :
                -against-                                      :
                                                               :    21-CV-05574 (VEC)
367 BAKE CORP., dba TASTY CATERING, et                         :
al.,                                                           :    ORDER
                                                               :
                                Defendants.                    :
-------------------------------------------------------------- :
                                                               X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/14/21

**VALERIE CAPRONI, United States District Judge:**

WHEREAS Plaintiffs filed this lawsuit on June 25, 2021, *see* Dkt. 1;

WHEREAS Plaintiff filed affidavits reflecting timely service of a summons and the Complaint on Defendants, *see* Dkts. 12–15;

WHEREAS Defendants 367 Bake Corp., 126 Bake Corp., Kamal Khadir, and Samy El Fouly have failed to appear, answer, or otherwise respond to the Complaint within 21 days of service, *see* Fed. R. Civ. P. 12(a)(1);

IT IS ORDERED that Plaintiff must apply for a default judgment against Defendants, consistent with the procedures described in Attachment A to the undersigned's Individual Practices by **November 4, 2021**, or the case will be dismissed for failure to prosecute.

**SO ORDERED.**

Date:  October 14, 2021
       New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**