UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

PEDRO M. RAMIREZ, GUSTAVO ADRIAN
CRUZ LOPEZ, RENE PADILLA VALDEZ,
and PATRICIO RAMOS GARCIA,

                       Plaintiffs,

     -against-

367 BAKE CORP. (D/B/A TASTY
CATERING), 126 BAKE CORP. (D/B/A
TASTY CAFÉ), KAMAL KHADIR A.K.A.
KENNY, and SAMY EL FOULY,

                       Defendants.
-----------------------------------------------------------X

21-cv-05574-VEC

**(PROPOSED) JUDGMENT**

      WHEREAS on or about December 29, 2021, Defendants 367 BAKE CORP. (D/B/A TASTY CATERING), 126 BAKE CORP. (D/B/A TASTY CAFÉ), KAMAL KHADIR A.K.A. KENNY, and SAMY EL FOULY extended to Plaintiffs PEDRO M. RAMIREZ, GUSTAVO ADRIAN CRUZ LOPEZ, RENE PADILLA VALDEZ, and PATRICIO RAMOS GARCIA an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of <u>Eighty Thousand Dollars and Zero Cents ($80,000.00)</u>, and whereas said Plaintiffs accepted said offer on or about December 29, 2021,

      JUDGMENT shall be entered in favor of said Plaintiffs against said Defendants in the amount of <u>Eighty Thousand Dollars and Zero Cents ($80,000.00)</u>.

     Dated: New York, New York

               _____, 2022

                                                _____
                                                JUDGE VALERIE E. CAPRONI, U.S.D.J.