```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   1/10/22
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

PEDRO M. RAMIREZ, GUSTAVO ADRIAN CRUZ LOPEZ, RENE PADILLA VALDEZ, and PATRICIO RAMOS GARCIA,

                Plaintiffs,

    -against-

367 BAKE CORP. (D/B/A TASTY CATERING), 126 BAKE CORP. (D/B/A TASTY CAFÉ), KAMAL KHADIR A.K.A. KENNY, and SAMY EL FOULY,

                Defendants.
-------------------------------------------------------X

21-cv-05574-VEC

~~(PROPOSED)~~ JUDGMENT

      WHEREAS on or about December 29, 2021, Defendants 367 BAKE CORP. (D/B/A TASTY CATERING), 126 BAKE CORP. (D/B/A TASTY CAFÉ), KAMAL KHADIR A.K.A. KENNY, and SAMY EL FOULY extended to Plaintiffs PEDRO M. RAMIREZ, GUSTAVO ADRIAN CRUZ LOPEZ, RENE PADILLA VALDEZ, and PATRICIO RAMOS GARCIA an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of <u>Eighty Thousand Dollars and Zero Cents ($80,000.00)</u>, and whereas said Plaintiffs accepted said offer on or about December 29, 2021,

      JUDGMENT shall be entered in favor of said Plaintiffs against said Defendants in the amount of <u>Eighty Thousand Dollars and Zero Cents ($80,000.00)</u>.

Dated: New York, New York

      <u>  January 10        </u>, 2022

                                        _____
                                        JUDGE VALERIE E. CAPRONI, U.S.D.J.